THE PEOPLE OF THE STATE OF NEW YORK ex rel. 812 PARK AVENUE CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Block 1389, Lot 38, Tax Years 1939–40 and 1940–41.) — After taking into consideration all relevant factors we think that the order should be modified by reducing the assessments as follows:

| For the Tax Years | Land | Building | Total |
|---|---|---|---|
| 1939–40 | $500,000 | $1,000,000 | $1,500,000 |
| 1940–41 | 500,000 | 980,000 | 1,480,000 |

As so modified the order, so far as appealed from, is unanimously affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of FRANK COHEN, Respondent, against LEWIS J. VALENTINE, as Commissioner of Police of the City of New York, and as Chairman of the Board of Trustees of the Police Pension Fund of the City of New York, et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES CHAPLIN, Suing on Behalf of Himself and All Other Stockholders of UNITED ARTISTS CORPORATION Similarly Situated, Respondent, v. DAVID O. SELZNICK et al., Defendants, and DAVID O. SELZNICK PRODUCTIONS, INC., et al., Defendants-Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer or otherwise move with respect to the complaint within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse and grant the motion to vacate as to defendant David O. Selznick Productions, Inc.

RICHARD J. FORHAN, Respondent, v. ZONITE PRODUCTS CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRANK C. REILLY, Respondent, v. J. LIVINGSTON & COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELDON BISBEE, Plaintiff, v. HELEN MacGILLICUDDY, Respondent. BERNARD R. LIEBERMAN, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of JOSEPH F. MAHER et al., Appellants, against OTTO C. ESSELBORN et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 755.]